# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEAN BRISCOE,

                *Plaintiff*,

v.

MENZIES AVIATION (USA), INC.,

                *Defendant*.

_____/

Civil Action No. 6:19-cv-00182

**NOTICE OF REMOVAL**

Defendant MENZIES AVIATION (USA), INC. (hereinafter "Menzies") by and through its attorneys, Condon & Forsyth LLP, hereby removes this civil action bearing Index No. 2018-CA-013983-O, from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1332 and 1441.[1]

    1.    This action was commenced against Menzies in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, by the filing of a Summons and Complaint on or about December 27, 2018. The Summons and Complaint were received by Menzies on or about January 8, 2019. A copy of the Complaint is annexed hereto as Exhibit 2.

    2.    The Complaint seeks damages for personal injuries Plaintiff allegedly sustained during a motor vehicle accident at Orlando International Airport on July 26, 2017, where Plaintiff was employed as a meal catering truck driver for Southwest Airlines.

    3.    Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Middle District of Florida, which is the district in which the civil court action is pending.

---

[1] The Civil Cover Sheet is annexed hereto as Exhibit 1.

4. This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b).

5. This Court has original jurisdiction of the above described action pursuant to 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

6. Dean Briscoe is a resident and domiciliary of Orange County, Florida. *See* Complaint ¶ 2.

7. Menzies Aviation (USA), Inc. is incorporated in Delaware and has its principal place of business in Texas.

8. Plaintiff's Complaint seeks "damages in excess of Fifteen Thousand and no/100 Dollars ($15,000), exclusive of costs, interest, and attorneys' fees." *See* Complaint ¶ 1. Where, as here, the Complaint does not seek a specific amount of damages, a defendant seeking removal need only set forth a short and plain statement of the amount in controversy. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553 (holding that "when a defendant seeks federal-court adjudication, the defendant's amount-in-controversy allegation should be accepted when not contested by the plaintiff or questioned by the court"). The amount in controversy is $100,000.00. *See* Demand Letter by Counsel for Dean Briscoe dated February 5, 2018, annexed hereto as Exhibit 3; *see Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1097 (11th Cir. 1994) (holding that settlement demands are admissible where offered to prove the amount in controversy exceeds the jurisdictional minimum).

9. Menzies will promptly file a copy of the Notice of Removal with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, as required by 28 U.S.C. § 1446(d).

10. Menzies will promptly give written notice of the filing of this Notice of

Removal to all adverse parties as required by 28 U.S.C. § 1446(d).

WHEREFORE, Menzies requests that the above-entitled action now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, be removed to this Court.

Dated:   Miami, Florida
         January 28, 2019

                                      CONDON & FORSYTH LLP

                                      By:

                                              /s/John Maggio_____
                                              John Maggio (Fla. Bar No. 0125425)
                                              jmaggio@condonlaw.com
                                              Bartholomew J. Banino (*pro hac vice* motion to be filed)
                                              bbanino@condonlaw.com
                                      701 Brickell Avenue, Suite 1550
                                      Miami, Florida 33131
                                      Tel: (305) 492-7303

                                      *Attorneys for Defendant*
                                      *MENZIES AVIATION (USA), INC.*

TO:    Brian M. Davis, Esq.
         Trial Pro, P.A.
         250 North Orange Ave., 14th Floor
         Orlando, Florida 32801
         Telephone: (407) 300-0000
         brian@trialpro.com
         *Attorneys for Plaintiff*
         *DEAN BRISCOE*

         Clerk of the Court
         Circuit Court of the Ninth Judicial Circuit
         Orange County
         425 North Orange Avenue
         Orlando, FL 32801
         Case No. 2018-CA-013983-O

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys on the Service List below.

                                                                           /s/John Maggio  
                                                                           John Maggio

## SERVICE LIST

TO:    Brian M. Davis, Esq.  
           Trial Pro, P.A.  
           250 North Orange Ave., 14th Floor  
           Orlando, Florida 32801  
           Telephone: (407) 300-0000  
           brian@trialpro.com

           *Attorneys for Plaintiff*  
           *DEAN BRISCOE*