

# Notice of Service of Process

null / ALL
Transmittal Number: 19191277
Date Processed: 01/08/2019

| | |
|---|---|
| Primary Contact: | Phil Harnden<br>Menzies Aviation<br>4900 Diplomacy Rd<br>Fort Worth, TX 76155-2639 |
| Electronic copy provided to: | Ashley Whitcher<br>Jenell Castleman |
| Entity: | Menzies Aviation (USA) Inc.<br>Entity ID Number  0419389 |
| Entity Served: | Menzies Aviation (USA), Inc. |
| Title of Action: | Dean Briscoe vs. Menzies Aviation (USA), Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Orange County Circuit Court, FL |
| Case/Reference No: | 2018-ca-013983-o |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 01/08/2019 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Brian M. Davis<br>407-300-0000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Filing # 82607924 E-Filed 12/27/2018 03:24:35 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:2018-ca-013983-o

DEAN BRISCOE,

    Plaintiff,

v.

MENZIES AVIATION (USA), INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

JP258
JAN 08 2019
3:00p

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or petition in this action on the Defendant:

MENZIES AVIATION (USA), INC.
C/O REGISTERED AGENT
CSC
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301

Each Defendant is required to serve written defenses to the Complaint or petition on Brian M. Davis, Plaintiff's attorney, whose address is 250 N. Orange Ave., 14th Floor, Orlando, FL 32801, within twenty (20) days after service of this Summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint or petition.

January 3rd, 2019

**Tiffany Moore Russell**
Clerk of the Court

By: **s/ Mary Tinsley, Deputy Clerk**
2019.01.03 14:21:49 -05'00'
As Deputy Clerk

Page 1 of 3

Civil Division
425 N. Orange Avenue
Room 310
Orlando, Florida 32801

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un

service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

           */s/ Brian Davis*
           Brian M. Davis
           Florida Bar No: 884650
           Trial Pro, P.A.
           250 N. Orange Ave., 14th Floor
           Orlando, Florida 32801
           Telephone: (407) 300-0000
           brian@TrialPro.com
           jazmin@TrialPro.com

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, Florida 32801, Telephone: (407) 836-2303 within two (2) working days of your receipt of this (describe notice); If you are hearing or voice impaired, call 1-800-955-8771.**

Filing # 82607924 E-Filed 12/27/2018 03:24:35 PM

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:

DEAN BRISCOE,

    Plaintiff,

v.

MENZIES AVIATION (USA), INC.,
a Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, DEAN BRISCOE, by and through the undersigned counsel, and sues the Defendant, MENZIES AVIATION (USA), INC., and alleges:

1. This is an action for damages in excess of Fifteen Thousand and no/100 Dollars ($15,000), exclusive of costs, interest, and attorneys' fees.

2. At all times material hereto, the Plaintiff, DEAN BRISCOE, was a resident of Orange County, Florida.

3. At all times material hereto, the Defendant, MENZIES AVIATION (USA), INC., was a Foreign Profit Corporation authorized to do business in the state of Florida.

4. On or about July 26, 2017, Plaintiff was the driver of a meal catering truck parked behind a Southwest plane at the Orlando International Airport, when an employee of Defendant, MENZIES AVIATION (USA), INC., driving a vehicle, reversed and slammed into the side of the vehicle Plaintiff was in Orlando, Orange County, Florida.

5. At that time and place, the Defendant's employee negligently failed to observe his surroundings and failed to control his motor vehicle, and, as result, crashed into the side of Plaintiff's motor vehicle causing injuries.

6. As a direct and proximate result of the Defendant's employee's negligence, the Plaintiff suffered damages described further below.

## NEGLIGENCE OF MENZIES AVIATION (USA), INC.

The Plaintiff re-alleges Paragraphs 1 through 9 herein and further alleges:

7. At all times material, Defendant's employee had a duty to operate and maintain his vehicle in a reasonable safe manner.

8. At all material times, Defendant's employee breached his duty by failing to operate his vehicle in a reasonably safe manner, and as a result Defendant's employee caused a collision with the Plaintiff's motor vehicle.

9. As a direct and proximate result of Defendant's employee's negligence, the Plaintiff suffered bodily injuries resulting in pain and suffering, aggravation of a preexisting condition, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of the ability to earn money. The losses are either permanent or continuing, and the Plaintiff will continue to suffer these losses in the future.

WHEREFORE, the plaintiff demands judgment for damages in excess of $15,000 against the defendant together with costs, prejudgment interest

## **DEMAND FOR JURY TRIAL**

The Plaintiff demands trial by jury of all triable issues.

DATED this 27th day of December, 2018.

*/s/ Brian Davis*
Brian M. Davis
Florida Bar No: 884650
Trial Pro, P.A.
250 N. Orange Ave., 14th Floor
Orlando, Florida 32801
Telephone: (407) 300-0000
brian@TrialPro.com
jazmin@TrialPro.com
